**Jimmy GANDY, Plaintiff—Appellant,**

**v.**

**John LAMIT, Warden, Florence County Detention Center; Bryan Kennedy, Detective; Head Nurses of Florence Detention Center, Defendants—Appellees,**

**and**

**Robert Wells, Office of the Solicitor for the Twelfth Judicial Circuit, Defendant.**

No. 04–7694.

United States Court of Appeals, Fourth Circuit.

Submitted April 6, 2005.

Decided April 15, 2005.

Jimmy Gandy, Appellant pro se. Robert Thomas King, Willcox, Buyck & Williams, P.A., Florence, South Carolina, for Appellees.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Jimmy Gandy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Gandy v. Lamit,* No. CA–02–3907 (D.S.C. Sept. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*